George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
1336 East Burnside Street, Suite 130
Portland, OR 97214
Telephone: 503-236-0068
Facsimile: 503-236-0028
Attorney for Plaintiff, Millicen Huddleston

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MILLICEN HUDDLESTON,<br><br>Plaintiff,<br><br>v.<br><br>NANCY BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>Defendant. | Civil Action No.: 3:15-CV-02427-MC<br><br>ORDER AWARDING ATTORNEY FEES PER 28 USC 406(b) |

IT IS HEREBY ORDERED pursuant to 42 USC 406(b), an attorney fee in the amount of $15,500.00 is approved to plaintiff's counsel. If the Office of Hearings Operations approves a fee per 42 USC 406(a) counsel will reimburse the plaintiff so that the total fee paid by plaintiff from retroactive Title II benefits will not exceed $15,500.00.

IT IS SO ORDERED: 6/25/18 .

_____
US DISTRICT COURT JUDGE

Page 1 - PETITION FOR ORDER AWARDING
ATTORNEY FEES PER 42 USC 406(b)

George J. Wall
Attorney at Law
1336 E Burnside Street, Ste 130
Portland, OR 97214
Tel: 503-236-0068
Fax: 503-236-0028